No. 72–397. Bonelli Cattle Co. et al. *v.* Arizona et al. Sup. Ct. Ariz. The Solicitor General is invited to file a brief expressing the views of the United States. Mr. Justice Rehnquist took no part in the consideration or decision of this order. 

No. 72–400. Rose, Warden *v.* Rivera. C. A. 6th Cir. Motion of petitioner to consolidate case with Nos. 71–1281 [*Linder, Warden* v. *Recor*] and 71–1472 [*Neil, Warden* v. *Pendergrass*] denied. 

No. 71–1567. Berry *v.* North Carolina. Ct. App. N. C. Certiorari denied. 

No. 71–6824. Morton *v.* Wyoming. Sup. Ct. Wyo. Certiorari denied.

No. 71–6841. Sigman *v.* Illinois. Sup. Ct. Ill. Certiorari denied. 

No. 71–6894. McGhee *v.* Wolff, Warden. C. A. 8th Cir. Certiorari denied. 

No. 71–6899. Reardon *v.* Meacham. Sup. Ct. Wyo. Certiorari denied.

No. 72–396. Johns *v.* Johns. C. A. 5th Cir. Certiorari denied.

No. 72–401. Citizens Utilities Water Company of Arizona *v.* Superior Court of Arizona in and for the County of Pima et al. Sup. Ct. Ariz. Certiorari denied.